THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN B. BROWN, Appellant. [971 NYS2d 919]—Motion for leave

to appeal to the Court of Appeals dismissed (*see* CPL 450.90 [1]). Present—Scudder, P.J., Smith, Peradotto, Lindley and Sconiers, JJ.